

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00357-CR

Carl Robert **TOLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 8517
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 20, 2025.

_____
Lori Massey Brissette, Justice